## LANG v. LANG

No. 44P93

Case below: 108 N.C.App. 440

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993. Motion by plaintiff for sanctions denied 6 May 1993.

## LAW BUILDING OF ASHEBORO, INC. v. CITY OF ASHEBORO

No. 10P93

Case below: 108 N.C.App. 182

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

## REBER v. BOOTH

No. 80A93

Case below: 108 N.C.App. 731

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion denied 6 May 1993.

## RUDISAIL v. ALLISON

No. 81P93

Case below: 108 N.C.App. 684

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.

## SMITH v. STATE FARM FIRE AND CASUALTY CO.

No. 127P93

Case below: 109 N.C.App. 77

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 6 May 1993.